JS-6

| | |
|---|---|
| 1 | Brent H. Blakely (SBN 157292) |
| 2 | bblakely@blakelylawgroup.com<br>Cindy Chan (SBN 247495) |
| 3 | cchan@blakelylawgroup.com<br>BLAKELY LAW GROUP |
| 4 | 1334 Parkview Avenue, Suite 280<br>Manhattan Beach, California 90266 |
| 5 | Telephone: (310) 546-7400<br>Facsimile: (310) 546-7401 |

*Attorneys for Plaintiff Guru Denim, Inc.*
*dba True Religion Brand Jeans*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,

        Plaintiff,

vs.

TARGET CORPORATION, a Minnesota Corporation; TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; STARGATE APPAREL, INC., a New York Corporation; and DOES 1-10, inclusive,

        Defendants.

CASE NO. 2:14-CV-09095-R-MAN

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**

**Hon. Manuel L. Real**

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a), without award of attorneys' fees or costs to any party.

DATED: July 30, 2015     By: _____
                                              Hon. Manuel L. Real
                                              **United States District Judge**